THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD IRISH, Appellant.— All concur. (Appeal from a judgment convicting defendant of driving while intoxicated, a felony.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD BURNS, Appellant.— All concur. (Appeal from a judgment convicting defendant of conducting a lottery, etc. The order denied a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

FILOMENA MORABITO, Respondent, v. CARL E. BOVAY, Appellant.— All concur. (Appeal from a judgment for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.